O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     ED CV 08-00915-SGL(OPx)                                     Date:  January 6, 2009

Title:     BRIAN BISHOP -v- TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE
           PARTNERSHIP
======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

            Jim Holmes                                      None Present
            Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                        None

PROCEEDINGS:     (IN CHAMBERS)
                 CASE MANAGEMENT NOTICE SETTING DEADLINE FOR RESPONSE TO
                 ORDER TO SHOW CAUSE

     The action herein was filed on **July 10, 2008**.  Since that date, based upon the review of the docket in this action, the Court is unaware of any action having been undertaken in this matter.  Moreover, no answer has been filed or other responsive pleading, and the plaintiff has not filed its written proof of service(s) in this matter.

     The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than January 13, 2009, why this action should not be dismissed for lack of prosecution as to all defendants.

     Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint.  Fed.R.Civ.P.4(m).  The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

     It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1 and L.R. 52-9.

     No oral argument of this matter will be heard unless ordered by the Court.  The Order will

stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

    IT IS SO ORDERED.

### Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08).  Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures.  To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.  WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

ED CV 08-00915-SGL(OPx)
BRIAN BISHOP v TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP